# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| v. | : | NO. 16-201-02 |
| AZAD KHAN | : | |

## **ORDER**

**AND NOW**, this 18th day of December, 2017, upon consideration of the Defendant's Motion for a New Trial, and the government's Response thereto, it is hereby **ORDERED** that said Motion (Docket No. 80) is **DENIED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.